NEM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JAKHI MCCRAY,<br><br>　　　　　Defendant. | COMPLAINT AND AFFIDAVIT IN SUPPORT OF APPLICATION FOR <u>ARREST WARRANT</u><br><br>**TO BE FILED UNDER SEAL**<br><br>(18 U.S.C. § 844(i))<br><br>25 MJ 238 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

　　　　LOUIS DUCCESCHI, being duly sworn, deposes and states that he is a Task Force Officer with the Bureau of Alcohol, Tobacco and Firearms, duly appointed according to law and acting as such.

　　　　On or about June 12, 2025, within the Eastern District of New York and elsewhere, the defendant JAKHI MCCRAY did knowingly, intentionally and maliciously damage, and attempt to damage and destroy, by means of fire, a vehicle and other real property used in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, to wit: one or more New York City Police Department vehicles in Brooklyn, New York.

　　　　(Title 18, United States Code, Section 844(i))

　　　　The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.  I am a Detective with the New York Police Department ("NYPD") and have been for approximately 20 years. I am also a Task Force Officer with the Bureau of Alcohol, Tobacco and Firearms ("ATF") and have been for approximately 7 years. I am currently assigned to the Arson & Explosion Task Force, where I investigate major arsons and explosions. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.  On or about June 12, 2025, between approximately 12:52 a.m. and 1:24 a.m., an individual later identified as the defendant JAKHI MCCRAY lit multiple New York City Police Department vehicles on fire in Brooklyn, New York.

3.  As captured on surveillance video, at approximately 12:52 a.m., the defendant JAKHI MCCRAY can be seen scaling the fence into a locked parking lot located on DeKalb Avenue between Wilson Avenue and Central Avenue in Brooklyn, New York. The is a private secure parking lot for reserve NYPD vehicles assigned to the borough of Brooklyn North. On June 12, 2025 the lot contained numerous vehicles that are the property of the NYPD and the New York City government. Both the NYPD and the New York City government conduct business in interstate commerce, for instance by purchasing vehicles and other equipment and supplies in interstate commerce.

4.  The defendant JAKHI MCCRAY remained in this lot for approximately 32 minutes. During that time 10 NYPD vehicles were set on fire as well as one trailer.

5.  At approximately 1:24 a.m., an officer with the New York City Police Department (the "Officer") came to inspect the lot. As he approached the lot, the Officer saw the fire. While attempting to make entry, the Officer observed the defendant JAKHI MCCRAY

in the lot. MCCRAY attempted to scale the fence to escape but the Officer blocked his route, which forced MCCRAY to double back into the lot and flee through an existing hole in the fence. MCCRAY then fled north on Hart Street.

6. On the morning of June 12, 2025, NYPD personnel discovered what appeared to be a cigar lighter torch and a pair of sunglasses in the portion of the lot where the defendant JAKHI MCCRAY hopped the fence and made entry to the lot. NYPD personnel also discovered that 22 retail fire starters consisting of 12 "jealous devil boom starters" and 10 BBQ dragon egg fire starers were placed on 3 unburnt vehicles. These fire starters had not been left by NYPD personnel.

7. Additional surveillance video from after the arson tracks the defendant JAKHI MCCRAY to a bodega at approximately 1:51 a.m.[2] The bodega is an approximately 14-minute walk from the site of the arson. In the bodega, MCCRAY can be is seen purchasing water. When he pays for the water, MCCRAY takes out his wallet and his identification document is seen. *See* Image 1. The identification document is vertical. I am aware, that while most identification documents are horizontal, identification documents for individuals who are under 21 years of age in New Jersey are vertical. MCCRAY is 21 years old.

---

[2] There is additional surveillance video tracking MCCRAY after the arson where he changes his clothes before entering the bodega. He is now wearing a grey hooded sweatshirt and blue surgical mask.



**Image 1**

8.      Body worn camera footage from a May 19, 2024 arrest of the defendant JAKHI MCCRAY shows him wearing clothing consistent with his attire in the bodega (a grey hooded sweatshirt and a blue surgical mask).   The footage also shows MCCRAY's wallet and identification document, which appears consistent with the wallet seen in the possession of MCCRAY on June 12, 2025 in the bodega.   His identification is also vertical.   *See* Image 2.



**Image 2**

9.      Fingerprints were obtained from the recovered sunglasses and analysis of these fingerprints indicated that they were consistent of the fingerprints of the defendant JAKHI MCCRAY.   The individual seen scaling the fence to light the NYPD vehicles ablaze has a height and build that is consistent with MCCRAY's height and weight according to NYPD records.

6

WHEREFORE, your deponent respectfully requests that the defendant JAKHI MCCRAY, be dealt with according to law.

I further request that the Court order that this complaint and arrest warrant be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

/s/ Louis Ducceschi

LOUIS DUCCESCHI
Task Force Officer, Bureau of Alcohol, Tobacco and Firearms

Sworn to before me this
14th day of June, 2025

THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK