UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

JAKHI MCCRAY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No.   25-MJ-238

        Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rebecca M. Urquiola, for an order unsealing the above-captioned matter.

        WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:     Brooklyn, New York
           July 21, 2025

*Vera M. Scanlon*

HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK