UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

-v-                                                                             1:24-MJ-00238-PK-1

JAKHI MCCRAY,

                        Defendant.
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Ronald L. Kuby, an attorney duly admitted to practice in the Eastern District of New York, with offices at 119 West 23rd Street, Suite 900, New York, New York, 10011, email at Ronaldlkuby@gmail.com office phone (212) 529-0223, mobile phone (917) 602-3992, hereby appears as counsel for defendant.

                                                                   Ronald L. Kuby

Dated: New York, NY
        August 15, 2025