# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director and
Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

October 14, 2025

By ECF and Email
The Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: United States v. Jakhi McCray, 25-mj-238

Dear Judge Eshkenazi:

  We write on behalf of Mr. McCray, joined by the government, to respectfully request that pre-indictment time be excluded in this matter from October 14 to December 1, 2025, a period of approximately 45 days. We make this request, pursuant to 18 U.S.C. § 3161(h)(7), because the parties are actively engaged in disposition discussions which would obviate the need for an indictment in this case.

  This is the third request for an order of excludable delay. Mr. McCray self-surrendered on July 21, 2025, and was charged by complaint with arson in violation of 18 U.S.C. § 844(i). He was arraigned before Chief Magistrate Judge Vera M. Scanlon and released on a $300,000 bond secured by property and co-signed by four sureties. Time was excluded from July 21 to August 25, *see* Minute Entry (July 21, 2025), and from August 25 to October 10, *see* ECF No. 14. We have discussed this matter with Mr. McCray and he consents to the exclusion of time.

  Thank you for your consideration of this request.

                Respectfully Submitted,

                _____/s/_____
                Samuel Jacobson
                Ronald Kuby

cc: all counsel of record (by Email)